**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PC Healthcare Enterprises, Inc., dba Health Temp, ) ) | No. 05-1793-PHX-MHM |
| Plaintiff, ) ) | **ORDER** |
| vs. ) ) | |
| Arizona Hospital and Healthcare Association, et al., ) ) ) | |
| Defendants. ) ) | |

Presently pending before the Court in this closed case is Movants Jane Doe ("Doe") and Rhonda Roe's ("Roe") Motion for Consolidation, Transfer, and Entry of Proposed Pretrial Order No. 1. The Motion is fully briefed. The Court considers the papers submitted and issues the following Order.

Doe and Roe seek to consolidate <u>Doe v. Arizona Hospital & Healthcare Assoc. et al.</u>, No. 07-1292-SRB and <u>Roe v. Arizona Hospital and Heathcare Assoc., et al</u>, No. 07-1293-SRB, and then transfer the consolidated case to this Court as part of the now-dismissed case, <u>PC Healthcare Enterprises, Inc. v. Arizona Hospital and Healthcare Assoc. et. seq.</u>, No. 05-1793-MHM. Both <u>Doe</u> and <u>Roe</u> are cases presently pending before the Honorable Susan R. Bolton. This Court's case, <u>PC Healthcare Enterprises</u>, was dismissed with prejudice on

1  August 16, 2007. Movants assert that it is in the interests of judicial economy to consolidate
2  Doe and Roe and then transfer the consolidated case to this Court.
3        Rule 42(a), Fed.R.Civ.P., provides that:

4  When actions involving a common question of law or fact are pending before
5  the court, it may order a joint hearing or trial of any or all the matters in issue
   in the actions; it may order the actions consolidated; and it may make such
6  orders concerning proceedings therein as may tend to avoid unnecessary costs
   or delay.
7
8        All claims and issues sharing common aspects of law or fact may be consolidated to
9  avoid unnecessary cost or delay. Fed.R.Civ.P. 42(a). Consolidation is inappropriate,
10 however, if it leads to inefficiency, inconvenience, or unfair prejudice to a party.
11 Fed.R.Civ.P. 42(b). Local Rule 42.1 calls for consolidation when there will be "substantial
12 duplication of labor if heard by different Judges. . . ."
13       The Court is not persuaded that consolidation of Doe and Roe, both pending before
14 the Judge Bolton, with PC Healthcare, the now-dismissed case before this Court, would lead
15 to judicial efficiency. This is especially true in light of the fact that the case before this Court
16 previously has been dismissed and because this Court did not rule on any substantive motions
17 before the case was dismissed.
18       **Accordingly,**
19       **IT IS ORDERED** that Movants' Motion to Consolidate and Transfer (Doc. 232) is
20 denied.
21       DATED this 10th day of October, 2007.

_____
Mary H. Murguia
United States District Judge